UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS
United States District Court
Southern District of Texas
**ENTERED**
December 18, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Paul Wilburn, et al., | § | |
| Plaintiffs, | § § § | |
| versus | § | Civil Action H-19-1168 |
| Aaron Lamar Livingston, | § § § | |
| Defendant. | § | |

## Opinion on Dismissal

Aaron Lamar Livingston was a defendant in a suit in Waller County. He filed a notice of removal and titled this case *Wilburn, et al. v. Livingston*. The pleadings say that he is suing Paul Looney, Albert McCaig Jr., Lee Van Richardson, Tiffany Bradshaw, Bryan Dasher, B. Parker, and Richard Senasac for violating his civil rights in his criminal case. He says that he was abducted by the police, that he was imprisoned for a civil crime, that he was accused of being a terrorist, and that he would like to be released from jail.

The court does not have jurisdiction. Paul and Evonne Wilburn were not served. Even if they had been served, Livingston does not plead a single fact about the Wilburns.

Livingston claims that his civil rights were violated by the judge in his trial, all the lawyers involved in his case, and the investigator and arresting officer. None of them is named in this suit. Taking his pleadings as true, he still has no claim for which the law can provide him relief – nothing he pleads evinces a violation of his civil rights.

This case will be dismissed because the court does not have jurisdiction.

Signed on December 18, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge